```
1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  KATHRYN R. WATSON
   Special Assistant United States Attorney
4  California Bar No. 244142
         333 Market Street, Suite 1500
5        San Francisco, California 94105
         Telephone: (415) 977-8928
6        Facsimile: (415) 744-0134
         E-Mail: kathryn.watson@ssa.gov
7
   Attorneys for Defendant
8
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ADELA M. RODRIGUEZ, | Case No. 1:09-CV-01800 SMS |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment (Dkt. # 14) is hereby extended 30 days from July 15, 2010 to August 14, 2010. This is Defendant's first request for an extension in this case.

///

///

///

///

///

///

///

1

Defendant needs the additional time to further review the file and prepare a response in this matter.

                                Respectfully submitted,

Dated: July 15, 2010           /s/ *Young C. Cho*
                                (authorized by email)
                                YOUNG C. CHO
                                Attorney for Plaintiff

Dated July 15, 2010            BENJAMIN B. WAGNER
                                United States Attorney
                                LUCILLE GONZALES MEIS
                                Regional Chief Counsel, Region IX
                                Social Security Administration

                                /s/ *Kathryn R. Watson*
                                KATHRYN R. WATSON
                                Special Assistant United States Attorney

**IT IS SO ORDERED:**

Dated:  July 15, 2010            /s/ Sandra M. Snyder
                                UNITED STATES MAGISTRATE JUDGE